JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP EMIABATA, <u>et</u> <u>al.</u>, | Case No. CV 25-9318 FMO (PDx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| FARMERS INSURANCE CORPORATION, <u>et</u> <u>al.</u>, | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 12th day of January, 2026.

/s/
Fernando M. Olguin
United States District Judge